Filed: 10/16/2025

Clerk, U.S. District Court

Western District of Texas

By: _____FM_____

Deputy

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| USA § § | |
| vs. § | Case Number: EP:25-CR-02461(1)-LS |
| § § | |
| (1) MARCO ANTONIO § MARCELINO-CANO | |

## ORDER SETTING PLEA - IN PERSON

IT IS HEREBY ORDERED that the above entitiled and numbered case is set for **IN PERSON PLEA** in **Magistrate Courtroom, Room 712**, **on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX** on **Tuesday, October 28, 2025 at 01:30 PM**.

The Court finds that the interests of justice outweigh the interests of the Defendant and the public in a speedy trial, in that more time is needed by the Defendant for preparation of the defense in this case, and that time from **October 14, 2025** through **October 28, 2025** is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 16th day of October, 2025.

*[signature]*

**MIGUEL A. TORRES**
**UNITED STATES MAGISTRATE JUDGE**